1  SANDERS ROBERTS LLP
   GARY T. LAFAYETTE (SBN 88666)
2  Email: glafayette@sandersroberts.com
   BRIAN H. CHUN (SBN 215417)
3  Email: bchun@sandersroberts.com
   555 12th Street, Suite 1250
4  Oakland, CA 94607
   Telephone: (415) 357-4600
5  Facsimile:  (415) 357-4605

6  Attorneys for Defendants
   THE HOME DEPOT, INC. and
7  HOME DEPOT U.S.A., INC.

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12 | AMY WRIGHT                                         | CASE NO.   5:25-cv-09686-EJD |
13 |          Plaintiff,                                |                              |
14 |     v.                                             | **DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE REMANDED TO STATE COURT** |
15 | THE HOME DEPOT, INC.; HOME DEPOT                   |                              |
16 | U.S.A., INC. and DOES 1 through 20, inclusive,     |                              |
17 |          Defendants.                               |                              |
18 |                                                    | Complaint Filed:  October 1, 2025  Trial Date:       TBD |

- 1 -  Case No.: 5:25-cv-09686-EJD

DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE
REMANDED TO STATE COURT

Defendants The Home Depot, Inc. and Home Depot U.S.A., Inc. ("Defendants") will not oppose remand to state court.  Following remand, Defendants will conduct discovery related to the amount in controversy for purposes of establishing diversity jurisdiction.

Dated:  February 23, 2026            **SANDERS ROBERTS LLP**

                                           By: *s/Brian H. Chun*
                                               BRIAN H. CHUN
                                               Attorneys for Defendants
                                               THE HOME DEPOT, INC. and
                                               HOME DEPOT U.S.A., INC.

